```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                 :
PHOENIX ANCIENT ART, S.A., *et al.*,      :
                                                 :
                                Plaintiffs,    :      1:24-cv-1699-GHW
                                                 :
                      -v –                            :        <u>ORDER</u>
QATAR INVESTMENT AND PROJECT    :
HOLDING CO., W.L.L., *et al.*,          :
                               Defendants.    :
                                                 :
------------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       On May 8, 2024, Defendant Phoenix Freight Inc. ("Phoenix") moved for an extension of time to answer or otherwise respond to the complaint. Dkt. No. 21. That request is granted. The deadline for Phoenix to answer or otherwise respond to the complaint is extended to May 22, 2024. In the future, Phoenix and all of the parties are directed to comply with the Court's Individual Rules, and specifically Rule 1(E), which requires that parties make such requests at least two business days prior to the original due date. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

       SO ORDERED.

Dated: May 10, 2024
          New York, New York
                                                          _____
                                                               GREGORY H. WOODS
                                                           United States District Judge