```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                       :
PHOENIX ANCIENT ART, S.A., *et al.*,        :
                                                                                         :
                                              Plaintiffs,     :            1:24-cv-1699-GHW
                                                                                         :
                         -v –                         :            <u>ORDER</u>
QATAR INVESTMENT AND PROJECT        :
HOLDING CO., W.L.L., *et al.*,               :
                                            Defendants.     :
                                                                                         :
------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

        As stated at the May 10, 2024 conference, the request by Defendant Qatar Investment and Project Holding Co., W.L.L. ("QIPCO") to file a motion to dismiss is granted. QIPCO's motion is due no later than July 1, 2024. Plaintiffs' opposition is due within three weeks of the date of service of QIPCO's motion. QIPCO's reply, if any, is due within seven days of the date of service of Plaintiffs' opposition.

        As stated at the May 10, 2024 conference, the initial pre-trial conference scheduled for May 21, 2024 is adjourned *sine die*, pending resolution of Plaintiffs' anti-suit injunction motion in the United Kingdom. Also, discovery in this matter is stayed pending resolution of QIPCO's motion to dismiss. The Clerk of Court is directed to note the stay on the record.

        SO ORDERED.

Dated: May 14, 2024
        New York, New York                             _____
                                                                      GREGORY H. WOODS
                                                                 United States District Judge