```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
PHOENIX ANCIENT ART, S.A., et al.,                                 :
                                                                   :
                                     Plaintiffs,                   :    1:24-cv-1699-GHW
                                                                   :
                       -v –                                        :         ORDER
                                                                   :
QATAR INVESTMENT AND PROJECT                                       :
HOLDING CO., WLL, et al.,                                          :
                                     Defendants.                   :
                                                                   :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024

GREGORY H. WOODS, United States District Judge:

    As stated at the May 29, 2024 conference, Defendant Simon Jones Superfreight Limited's and Phoenix Freight Inc.'s proposed motions to dismiss are due by July 1, 2024. Plaintiffs' oppositions to both motions are due no later than three weeks from the date of service of Defendants' motions. Defendants' replies, if any, are due within one week of the date of service of Plaintiffs' oppositions.

    Also as stated at the conference, the parties are directed to submit a status letter no later than June 5, 2024. In that letter, Plaintiffs must advise the Court whether they wish to amend the complaint, and if so, whether Defendants consent to the amendment. If Plaintiffs wish to amend the complaint and Defendants do not consent to an amendment, the parties should propose a briefing schedule in the letter for Plaintiffs' motion for leave to amend. Finally, discovery in this matter will remain stayed pending the resolution of both motions to dismiss.

    SO ORDERED.

Dated: May 30, 2024

                                                          GREGORY H. WOODS
                                                United States District Judge